IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JOSEPH GILES, NATURAL SON OF GEORGE GILES, DECEASED;<br><br>Plaintiff,<br><br>v.<br><br>EMORAL, INC.,<br><br>Defendant. | Case No. 5:19-06068-CV-RK |

## ORDER GRANTING UNOPPOSED SECOND MOTION TO STAY RULING ON MOTION TO DISMISS TO ALLOW DISCOVERY

Plaintiff has moved for a stay of the ruling on Defendant Emoral, Inc.'s motion to dismiss (Doc. 9) pursuant to Mo. Rev. Stat. §537.762. Plaintiff requests until October 18, 2019, to complete discovery on the issues raised in Defendant's motion and for the parties to supplement briefing on the issues raised in Defendant's motion. Defendant does not object to Plaintiff's motion.

Accordingly, it is ordered that Plaintiff's Unopposed Second Motion to Stay Ruling on Motion to Dismiss to Allow Discovery Pursuant to Mo. Rev. Stat. §537.762 (Doc. 31) is **GRANTED.** The parties may conduct discovery and file a supplement to the briefing on Defendant's motion to dismiss (Doc. 9) on or before October 18, 2019.

**IT IS SO ORDERED.**

        s/ Roseann A. Ketchmark
        ROSEANN A. KETCHMARK, JUDGE
        UNITED STATES DISTRICT COURT

DATED: August 30, 2019